634

372 A.2d 440
Siegel, Appellant, v. Wilson, et al.

Argued December 9, 1976. Gerald I. Roth, with him Carl S. Tannenbaum, for appellant; Robert E. Bull, for appellees.

Order affirmed.

372 A.2d 440
Stone, Appellant, v. Philadelphia Telco Federal Credit Union.

Submitted October 8, 1976. Ronald I. Rosenstein, and Rosenstein & Kleitman, for appellant; Barry A. Brown, and Strong, Barnett, Hayes & Hamilton, for appellee.

Order affirmed.